IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DUSTIN J. BAIN,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5088

Opinion filed July 12, 2017.

An appeal from the Circuit Court for Taylor County.
William W. Blue, Judge.

Dustin J. Bain, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Thomas H. Duffy, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.

RAY, BILBREY, and KELSEY JJ., CONCUR.